**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| TERESA SCHWEBEL, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | 3:16-cv-1100-SMY-SCW |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CREDIT BUREAU SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff Teresa Schwebel, by and through her undersigned counsel of record, hereby dismisses her individual claims with prejudice and her class claims without prejudice against defendant Credit Bureau Services, LLC. Defendant Credit Bureau Services, LLC stipulates to the dismissal.

DATED this 18th day of November, 2016.

s/Emiliya G. Farbstein                              Ronald C. Miller (with consent)
Daniel A. Edelman                                   Ronald C. Miller
Emiliya G. Farbstein                                MILLER & STEENO, P.C.
EDELMAN, COMBS, LATTURNER                            11970 Borman Drive
& GOODWIN, LLC                                       Suite 250
20 S. Clark Street, Suite 1500                       St. Louis, MO 63146
Chicago, IL 60603                                    *Attorneys for Defendant*
(312) 739-4200
(312) 419-0379 (FAX)
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Emiliya G. Farbstein, hereby certify that on November 18, 2016, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system which sent notification to all counsel of record.


s/ Emiliya G. Farbstein
Emiliya G. Farbstein